Erick Estuardo AJANEL–SANCHEZ; et al., Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 07–71385.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Decided Jan. 5, 2010.

Lena Ayoub, Esq., Law Offices of Lena Ayoub, Berkeley, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Josh Braunstein Fax 202, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Erick Estuardo Ajanel–Sanchez, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for asylum and withholding of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for substantial evidence. *Lata v. INS*, 204 F.3d 1241, 1244 (9th Cir.2000). We deny the petition for review.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

 We conclude that the IJ's nexus determination is not supported by substantial evidence because the guerillas threatened to kill Ajanel–Sanchez based on their belief that he supported the military. *See Navas v. INS,* 217 F.3d 646, 656–57 (9th Cir.2000).

 Even assuming Ajanel–Sanchez suffered past persecution, his presumption of well-founded fear is rebutted by changed country conditions. *See Gonzalez–Hernandez v. Ashcroft,* 336 F.3d 995, 997–98 (9th Cir.2003). Accordingly, Ajanel–Sanchez's asylum and withholding of removal claims fail.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.